UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GONZALEZ PELAYO<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GXO LOGISTICS SUPPLY CHAIN, INC., a North Carolina Corporation, MATRIX ABSENCE MANAGEMENT INC., a DELAWARE corporation, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. 5:24−cv−02654 SRM (DTBx)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER [ECF NO. 22]**<br><br>Complaint Filed: October 22, 2024<br>Removed: December 16, 2024<br>Trial Date: June 2, 2026<br><br>District Judge: Hon. Serena R. Murillo<br>Magistrate Judge: Hon. David T. Bristow |

Case No. 5:24−cv−02654 SRM (DTBx)

# ORDER

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: June 10, 2025

_____
THE HON. DAVID T. BRISTOW
United States Magistrate Judge